# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

In re:                                                            Case No. 18-16314-LMI

LA CAPITAL DE LA FRUTA I, INC.,
                                                                  Chapter 7
       Debtor.
_____/
DREW M. DILLWORTH AS CHAPTER 7
TRUSTEE,

       Plaintiff,                                         Adv. Pro. No._____

-vs-


BREMAN ASSETS LLC, a/d/a
BRECKE CORPORATION INTERNATIONAL,

       Defendant.
_____/


## AMENDED[1] COMPLAINT

COMES NOW, DREW M. DILLWORTH as Chapter 7 Trustee (hereinafter "Trustee") in the above-styled matter, and sues the Defendant, BREMAN ASSETS LLC, a/d/a BRECKE CORPORATION INTERNATIONAL (hereinafter "Defendant"), and states the following in support hereof:

1.      Debtor, La Capital de la Fruta I, Inc., filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on the 25th day of May 2018.

2.      The Plaintiff, Drew M. Dillworth as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate of La Capital de la Fruta I, Inc., is the duly-appointed and permanent Chapter 7 Trustee of the Bankruptcy

_____

[1] To correct case number caption.

3.  This Court has jurisdiction over this matter, venue is proper in this Court and all parties hereto are *sui juris*.

4.  At all times material, Armando Aguilar ("Principal") was the president and sole owner of the Debtor.

5.  Principal was also operating various other businesses at the same time he operated the Debtor. These businesses were: El Rey Del Sabor Inc. ("El Rey"); Armando Aguilar Inc. ("AAI"); USA American Transport Inc. ("USAT"); and, Fritanga Y Raspaderia Nica II Y Tortilleria Corp. ("Fritanga").

6.  Principal would, from time-to-time, pay his personal debts, acquire personal property, and paying the business debts of El Rey, AAI, USA and Fritanga from Debtor's bank accounts. However, none of these payments or transfers benefited the Debtor.

7.  Debtor was insolvent at all times material, as the Debtor: was not paying its debts as they generally came due at the time of each of the sued-upon Transfers herein; was involved in litigation as a defendant; and, otherwise had liabilities which exceeded the true value of its assets.

8.  Prior to filing this lawsuit, the Trustee served a demand letter (*See* Exhibit "B") on the Defendant requesting evidence for the basis of the sued upon Transfers herein, and said Defendant produced two leases for two 2007 Kenworth T2000 Aero's ("Tractors"). Whereas the Debtor is not Lessee and for which Debtor received no benefit. (*See* Exhibit "C").

9.  Debtor was a restaurant and had no need or use for the Tractors and said Tractors were for the sole benefit of the Principal and not the Debtor.

10. Debtor made the Transfers identified on Exhibit "A" hereto to Defendant in exchange for no consideration to Debtor between March 2015 through April 2016.

11.        The records[1] of the Debtor do not reflect that the Debtor was ever obligated to Defendant for any form of debt to Defendant.

12.        All of the above referenced Transfers were not for the benefit of the Debtor.

## COUNT I – FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.106(1))

13.        Paragraphs 1 through 12 (and all subparts) are herein re-averred and re-alleged.

14.        The Transfers identified on Exhibit "A" hereto were paid from the Debtor's account and were property of the Debtor, and paid to Defendant.

15.        The above-referenced Transfers were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred within four years before the date of the filing of the bankruptcy petition.

16.        The Debtor received less than reasonably equivalent value in exchange for such Transfers.

17.        At the time of each of the Transfers, the Debtor had creditors whose claims arose prior to the Transfers.

18.        Debtor was insolvent at the time of the sued-upon Transfers, or became insolvent at the time of the sued-upon Transfers.

19.        The Trustee is entitled to recover the Transfers, or value thereof, plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550 and 551; and Fla. Stat. Ch. 726) judgment in his favor awarding him the recovery of the Transfers, or value thereof, plus pre- and post-judgment interest, and such other relief which this Court deems equitable and just.

## COUNT II – FRAUDULENT TRANSFERS (Fla. Stat. Sec. 726.105(1)(b))

---

[1] Debtor did not provide records to the Trustee reflecting any basis for the transfers sued upon herein.

20.        Paragraphs 1 through 12 (and all subparts) are herein re-averred and re-alleged.

21.        The Transfers identified on Exhibit "A" hereto were paid from the Debtor's account and were property of the Debtor, and were paid to Defendant.

22.        The above-referenced Transfers were transfers of property of the Debtor, an interest in property of the Debtor, or an obligation incurred by the Debtor, that were made or incurred before the date of the filing of the bankruptcy petition.

23.        Claims of creditors of the Debtor arose prior to and after the Transfers being made by the Debtor to Defendant.

24.        Each of the Transfers were made without the Debtor having received reasonably equivalent value in exchange for said Transfers, and the Debtor:

        a.      was engaged or was about to engage in a business or a transaction for which the remaining assets of the Debtor were unreasonably small in relation to the business or transaction; or

        b.      intended to incur, or believed or reasonably should have believed that they would incur, debts beyond their ability to pay as said debts became due.

25.        Debtor was insolvent at the time of the sued-upon Transfers, or became insolvent at the time of the sued-upon Transfers.

26.        The Trustee is entitled to recover the Transfers, or value thereof, plus pre-judgment and post-judgment interest thereon.

WHEREFORE, the Trustee demands (pursuant to 11 U.S.C. Sec.'s 544, 550 and 551; and Fla. Stat. Ch. 726) judgment in his favor awarding him the recovery of the Transfers, or value thereof, plus pre- and post-judgment interest, and such other relief which this Court deems equitable and just

## COUNT III—UNJUST ENRICHMENT

## AGAINST DEFENDANT RELATING TO THE TRANSFERS

4

27.     Paragraphs 1 through 12 (and all subparts) are herein re-averred and re-alleged.

28.     Debtor made the transfers identified on Exhibit "A" attached hereto in the amount of **$42,775.22** to Defendant.

29.     Debtor conferred a benefit on Defendant by virtue of the transfers.

30.     Defendant voluntarily accepted and retained the benefit conferred, which were the Transfers.

31.     Debtor received nothing in return from Defendant for the Transfers and otherwise no benefit (directly or indirectly).

32.     The circumstances render Defendant's retention of the Transfers, which was the benefit conferred on Defendant by Debtor, inequitable unless Defendant pays the Trustee the value of the Transfers.

33.     Defendant was unjustly enriched by virtue of the transfers.

WHEREFORE, the Trustee respectfully requests the Court to enter a Judgment:

A) Granting money damages in the amount of the Transfers to Trustee, plus pre- and post-judgment interest, and reasonable attorneys' fees and expenses, to the extent permissible by applicable law, to Trustee; and,

B)  Granting such other and further relief as may be equitable and just.


**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).


Respectfully submitted,

JAMES B. MILLER, P.A.
Trustee's Counsel
19 West Flagler Street, Suite 416
Miami, Florida 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
jbm@title11law.com

By: _____/s/_____
        JAMES B. MILLER, ESQ.
        Fla. Bar No. 0009164

# Exhibit "A"

**Breman Assets LLC**

|    | Debit/Ck | Date | Amount | Acct. |
|----|----------|------|--------|-------|
| 1  | E/bit | 4/29/2016 | $321.81 | 9471 |
| 2  | E/bit | 4/29/2016 | $350.61 | 9471 |
| 3  | E/bit | 4/19/2016 | $321.81 | 9471 |
| 4  | E/bit | 4/19/2016 | $350.61 | 9471 |
| 5  | E/bit | 4/12/2016 | $321.81 | 9471 |
| 6  | E/bit | 4/12/2016 | $350.61 | 9471 |
| 7  | E/bit | 4/5/2016 | $321.81 | 9471 |
| 8  | E/bit | 4/5/2016 | $350.61 | 9471 |
| 9  | E/bit | 3/29/2016 | $321.81 | 9471 |
| 10 | E/bit | 3/29/2016 | $350.61 | 9471 |
| 11 | E/bit | 3/22/2016 | $321.81 | 9471 |
| 12 | E/bit | 3/22/2016 | $350.61 | 9471 |
| 13 | E/bit | 3/15/2016 | $321.81 | 9471 |
| 14 | E/bit | 3/15/2016 | $350.61 | 9471 |
| 15 | E/bit | 3/9/2016 | $321.81 | 9471 |
| 16 | E/bit | 3/9/2016 | $350.61 | 9471 |
| 17 | E/bit | 3/4/2016 | $50.00 | 9471 |
| 18 | E/bit | 3/4/2016 | $50.00 | 9471 |
| 19 | E/bit | 3/4/2016 | $321.81 | 9471 |
| 20 | E/bit | 3/4/2016 | $350.61 | 9471 |
| 21 | E/bit | 3/4/2016 | $350.61 | 9471 |
| 22 | E/bit | 3/2/2016 | $321.81 | 9471 |
| 23 | E/bit | 3/2/2016 | $350.61 | 9471 |
| 24 | E/bit | 3/2/2016 | $350.61 | 9471 |
| 25 | E/bit | 2/23/2016 | $321.81 | 9471 |
| 26 | E/bit | 2/23/2016 | $350.61 | 9471 |
| 27 | E/bit | 2/22/2016 | $321.81 | 9471 |
| 28 | E/bit | 2/22/2016 | $350.61 | 9471 |
| 29 | E/bit | 2/17/2016 | $321.81 | 9471 |
| 30 | E/bit | 2/17/2016 | $350.61 | 9471 |
| 31 | E/bit | 2/9/2016 | $321.81 | 9471 |
| 32 | E/bit | 2/9/2016 | $350.61 | 9471 |
| 33 | E/bit | 2/2/2016 | $321.81 | 9471 |
| 34 | E/bit | 2/2/2016 | $350.61 | 9471 |
| 35 | E/bit | 2/1/2016 | $50.00 | 9471 |
| 36 | E/bit | 2/1/2016 | $350.61 | 9471 |
| 37 | E/bit | 1/27/2016 | $350.61 | 9471 |
| 38 | E/bit | 1/27/2016 | $321.81 | 9471 |
| 39 | E/bit | 1/25/2016 | $50.00 | 9471 |
| 40 | E/bit | 1/25/2016 | $350.61 | 9471 |
| 41 | E/bit | 1/20/2016 | $321.81 | 9471 |

| 42 | E/bit | 1/20/2016 | $350.61 | 9471 |
|----|-------|-----------|---------|------|
| 43 | E/bit | 1/12/2016 | $321.81 | 9471 |
| 44 | E/bit | 1/12/2016 | $350.61 | 9471 |
| 45 | E/bit | 1/5/2016 | $321.81 | 9471 |
| 46 | E/bit | 1/5/2016 | $350.61 | 9471 |
| 47 | E/bit | 12/29/2015 | $321.81 | 9471 |
| 48 | E/bit | 12/29/2015 | $350.61 | 9471 |
| 49 | E/bit | 12/22/2015 | $321.81 | 9471 |
| 50 | E/bit | 12/22/2015 | $350.61 | 9471 |
| 51 | E/bit | 12/15/2015 | $321.81 | 9471 |
| 52 | E/bit | 12/15/2015 | $350.61 | 9471 |
| 53 | E/bit | 12/8/2015 | $321.81 | 9471 |
| 54 | E/bit | 12/8/2015 | $350.61 | 9471 |
| 55 | E/bit | 12/1/2015 | $321.81 | 9471 |
| 56 | E/bit | 12/1/2015 | $350.61 | 9471 |
| 57 | E/bit | 11/24/2015 | $321.81 | 9471 |
| 58 | E/bit | 11/24/2015 | $350.61 | 9471 |
| 59 | E/bit | 11/17/2015 | $321.81 | 9471 |
| 60 | E/bit | 11/17/2015 | $350.61 | 9471 |
| 61 | E/bit | 11/10/2015 | $321.81 | 9471 |
| 62 | E/bit | 11/10/2015 | $350.61 | 9471 |
| 63 | E/bit | 11/3/2015 | $321.81 | 9471 |
| 64 | E/bit | 11/3/2015 | $350.61 | 9471 |
| 65 | E/bit | 10/27/2015 | $321.81 | 9471 |
| 66 | E/bit | 10/27/2015 | $350.61 | 9471 |
| 67 | E/bit | 10/20/2015 | $321.81 | 9471 |
| 68 | E/bit | 10/20/2015 | $350.61 | 9471 |
| 69 | E/bit | 10/14/2015 | $321.81 | 9471 |
| 70 | E/bit | 10/14/2015 | $350.61 | 9471 |
| 71 | E/bit | 10/6/2015 | $321.81 | 9471 |
| 72 | E/bit | 10/6/2015 | $350.61 | 9471 |
| 73 | E/bit | 9/29/2015 | $321.81 | 9471 |
| 74 | E/bit | 9/29/2015 | $350.61 | 9471 |
| 75 | E/bit | 9/22/2015 | $321.81 | 9471 |
| 76 | E/bit | 9/22/2015 | $350.61 | 9471 |
| 77 | E/bit | 9/15/2015 | $321.81 | 9471 |
| 78 | E/bit | 9/15/2015 | $350.61 | 9471 |
| 79 | E/bit | 9/9/2015 | $321.81 | 9471 |
| 80 | E/bit | 9/9/2015 | $350.61 | 9471 |
| 81 | E/bit | 9/1/2015 | $321.81 | 9471 |
| 82 | E/bit | 9/1/2015 | $350.61 | 9471 |
| 83 | E/bit | 8/25/2015 | $321.81 | 9471 |
| 84 | E/bit | 8/25/2015 | $350.61 | 9471 |
| 85 | E/bit | 8/18/2015 | $321.81 | 9471 |
| 86 | E/bit | 8/18/2015 | $350.61 | 9471 |
| 87 | E/bit | 8/11/2015 | $321.81 | 9471 |
| 88 | E/bit | 8/11/2015 | $350.61 | 9471 |

| 89  | E/bit | 8/4/2015  | $321.81    | 9471 |
|-----|-------|-----------|------------|------|
| 90  | E/bit | 8/4/2015  | $350.61    | 9471 |
| 91  | E/bit | 7/28/2015 | $321.81    | 9471 |
| 92  | E/bit | 7/28/2015 | $350.61    | 9471 |
| 93  | E/bit | 7/21/2015 | $321.81    | 9471 |
| 94  | E/bit | 7/21/2015 | $350.61    | 9471 |
| 95  | E/bit | 7/14/2015 | $321.81    | 9471 |
| 96  | E/bit | 7/14/2015 | $350.61    | 9471 |
| 97  | E/bit | 7/7/2015  | $321.81    | 9471 |
| 98  | E/bit | 7/7/2015  | $350.61    | 9471 |
| 99  | E/bit | 6/30/2015 | $321.81    | 9471 |
| 100 | E/bit | 6/30/2015 | $350.61    | 9471 |
| 101 | E/bit | 6/23/2015 | $321.81    | 9471 |
| 102 | E/bit | 6/23/2015 | $350.61    | 9471 |
| 103 | E/bit | 6/16/2015 | $321.81    | 9471 |
| 104 | E/bit | 6/16/2015 | $350.61    | 9471 |
| 105 | E/bit | 6/9/2015  | $321.81    | 9471 |
| 106 | E/bit | 6/9/2015  | $350.61    | 9471 |
| 107 | E/bit | 6/2/2015  | $321.81    | 9471 |
| 108 | E/bit | 6/2/2015  | $350.61    | 9471 |
| 109 | E/bit | 5/27/2015 | $321.81    | 9471 |
| 110 | E/bit | 5/27/2015 | $350.61    | 9471 |
| 111 | E/bit | 5/19/2015 | $321.81    | 9471 |
| 112 | E/bit | 5/19/2015 | $350.61    | 9471 |
| 113 | E/bit | 5/12/2015 | $321.81    | 9471 |
| 114 | E/bit | 5/12/2015 | $350.61    | 9471 |
| 115 | E/bit | 5/5/2015  | $321.81    | 9471 |
| 116 | E/bit | 5/5/2015  | $350.61    | 9471 |
| 117 | E/bit | 4/28/2015 | $321.81    | 9471 |
| 118 | E/bit | 4/28/2015 | $350.61    | 9471 |
| 119 | E/bit | 4/21/2015 | $321.81    | 9471 |
| 120 | E/bit | 4/21/2015 | $350.61    | 9471 |
| 121 | E/bit | 4/14/2015 | $321.81    | 9471 |
| 122 | E/bit | 4/14/2015 | $350.61    | 9471 |
| 123 | E/bit | 4/7/2015  | $321.81    | 9471 |
| 124 | E/bit | 4/7/2015  | $350.61    | 9471 |
| 125 | E/bit | 3/31/2015 | $321.81    | 9471 |
| 126 | E/bit | 3/31/2015 | $350.61    | 9471 |
| 127 | 1129  | 3/9/2015  | $1,500.00  | 9471 |

**Total**       **$42,775.22**

# Exhibit "B"

## JAMES B. MILLER
### ATTORNEY AT LAW

19 WEST FLAGLER ST.
SUITE 416
MIAMI, FL 33130

Admitted:
--Florida Bar
--Federal District Courts
(Middle and Southern Districts
of Florida)

Member:
--Bankruptcy Bar, Southern
District of Florida
--Federal Bar Association

TELEPHONE (305) 374-0200

TELECOPIER (305) 374-0250

JAMES B. MILLER
jbm@title11law.com

October 15, 2018

_Via_ Mail:

**Breman Assets LLC**
Attn: Jason Brecke as Registered Agent
9101 W Okeechobee Road
Hialeah Gardens, FL 33016

     Re: *In re: La Capital de la Fruta I, INC.*, Case No. 18-16314-LMI

Dear Mr. Brecke,

     On May 25th, 2018 La Capital de la Fruta I, Inc. ("**Debtor**") filed a voluntary bankruptcy petition under Chapter 7 of Title 11 of the United States Code. My client, Drew M. Dillworth, is the duly appointed, permanent Chapter 7 bankruptcy trustee in this Case.

     The purpose of this letter is to inquire about certain transfers made by the Debtor to you totaling $41,275.22. Based upon the information available to us, together with our understanding of the nature of the Debtor's financial affairs during the applicable time period, it appears that the transfers identified on the list attached hereto as exhibit "A" are avoidable and recoverable under 11 U.S.C. § 544 and 548, Chapter 726 of the Florida Statutes and/or the theory of unjust enrichment under Florida law.

     Notwithstanding the foregoing, we understand that the Debtor's records may not be complete. Therefore, we are interested in receiving any documents that may support any defense you may have in this matter. Please provide any such documents on or before fourteen (14) calendar days from the date of this letter. We are requesting a documented explanation of the transfers referenced on the attached spreadsheet so that we can more fully evaluate the Debtor's

October 15, 2018
Page 2

bankruptcy estate's potential claims and any potential defenses before commencing formal litigation. Your timely response to this letter will therefore be greatly appreciated.

Please contact us should you have any questions or concerns. Thank you.

Regards,

James B. Miller, Esq.

JBM/AS

October 15, 2018
Page 3

# Exhibit "A"

**Breman Assets
LLC**

|    | Debit/Ck | Date      | Amount   | Acct. |
|----|----------|-----------|----------|-------|
| 1  | E/bit    | 4/29/2016 | $321.81  | 9471  |
| 2  | E/bit    | 4/29/2016 | $350.61  | 9471  |
| 3  | E/bit    | 4/19/2016 | $321.81  | 9471  |
| 4  | E/bit    | 4/19/2016 | $350.61  | 9471  |
| 5  | E/bit    | 4/12/2016 | $321.81  | 9471  |
| 6  | E/bit    | 4/12/2016 | $350.61  | 9471  |
| 7  | E/bit    | 4/5/2016  | $321.81  | 9471  |
| 8  | E/bit    | 4/5/2016  | $350.61  | 9471  |
| 9  | E/bit    | 3/29/2016 | $321.81  | 9471  |
| 10 | E/bit    | 3/29/2016 | $350.61  | 9471  |
| 11 | E/bit    | 3/22/2016 | $321.81  | 9471  |
| 12 | E/bit    | 3/22/2016 | $350.61  | 9471  |
| 13 | E/bit    | 3/15/2016 | $321.81  | 9471  |
| 14 | E/bit    | 3/15/2016 | $350.61  | 9471  |
| 15 | E/bit    | 3/9/2016  | $321.81  | 9471  |
| 16 | E/bit    | 3/9/2016  | $350.61  | 9471  |
| 17 | E/bit    | 3/4/2016  | $50.00   | 9471  |
| 18 | E/bit    | 3/4/2016  | $50.00   | 9471  |
| 19 | E/bit    | 3/4/2016  | $321.81  | 9471  |
| 20 | E/bit    | 3/4/2016  | $350.61  | 9471  |
| 21 | E/bit    | 3/4/2016  | $350.61  | 9471  |
| 22 | E/bit    | 3/2/2016  | $321.81  | 9471  |
| 23 | E/bit    | 3/2/2016  | $350.61  | 9471  |
| 24 | E/bit    | 3/2/2016  | $350.61  | 9471  |
| 25 | E/bit    | 2/23/2016 | $321.81  | 9471  |
| 26 | E/bit    | 2/23/2016 | $350.61  | 9471  |
| 27 | E/bit    | 2/22/2016 | $321.81  | 9471  |
| 28 | E/bit    | 2/22/2016 | $350.61  | 9471  |
| 29 | E/bit    | 2/17/2016 | $321.81  | 9471  |
| 30 | E/bit    | 2/17/2016 | $350.61  | 9471  |
| 31 | E/bit    | 2/9/2016  | $321.81  | 9471  |
| 32 | E/bit    | 2/9/2016  | $350.61  | 9471  |

October 15, 2018
Page 4

| 33 | E/bit | 2/2/2016 | $321.81 | 9471 |
|----|-------|----------|---------|------|
| 34 | E/bit | 2/2/2016 | $350.61 | 9471 |
| 35 | E/bit | 2/1/2016 | $50.00 | 9471 |
| 36 | E/bit | 2/1/2016 | $350.61 | 9471 |
| 37 | E/bit | 1/27/2016 | $350.61 | 9471 |
| 38 | E/bit | 1/27/2016 | $321.81 | 9471 |
| 39 | E/bit | 1/25/2016 | $50.00 | 9471 |
| 40 | E/bit | 1/25/2016 | $350.61 | 9471 |
| 41 | E/bit | 1/20/2016 | $321.81 | 9471 |
| 42 | E/bit | 1/20/2016 | $350.61 | 9471 |
| 43 | E/bit | 1/12/2016 | $321.81 | 9471 |
| 44 | E/bit | 1/12/2016 | $350.61 | 9471 |
| 45 | E/bit | 1/5/2016 | $321.81 | 9471 |
| 46 | E/bit | 1/5/2016 | $350.61 | 9471 |
| 47 | E/bit | 12/29/2015 | $321.81 | 9471 |
| 48 | E/bit | 12/29/2015 | $350.61 | 9471 |
| 49 | E/bit | 12/22/2015 | $321.81 | 9471 |
| 50 | E/bit | 12/22/2015 | $350.61 | 9471 |
| 51 | E/bit | 12/15/2015 | $321.81 | 9471 |
| 52 | E/bit | 12/15/2015 | $350.61 | 9471 |
| 53 | E/bit | 12/8/2015 | $321.81 | 9471 |
| 54 | E/bit | 12/8/2015 | $350.61 | 9471 |
| 55 | E/bit | 12/1/2015 | $321.81 | 9471 |
| 56 | E/bit | 12/1/2015 | $350.61 | 9471 |
| 57 | E/bit | 11/24/2015 | $321.81 | 9471 |
| 58 | E/bit | 11/24/2015 | $350.61 | 9471 |
| 59 | E/bit | 11/17/2015 | $321.81 | 9471 |
| 60 | E/bit | 11/17/2015 | $350.61 | 9471 |
| 61 | E/bit | 11/10/2015 | $321.81 | 9471 |
| 62 | E/bit | 11/10/2015 | $350.61 | 9471 |
| 63 | E/bit | 11/3/2015 | $321.81 | 9471 |
| 64 | E/bit | 11/3/2015 | $350.61 | 9471 |
| 65 | E/bit | 10/27/2015 | $321.81 | 9471 |
| 66 | E/bit | 10/27/2015 | $350.61 | 9471 |
| 67 | E/bit | 10/20/2015 | $321.81 | 9471 |
| 68 | E/bit | 10/20/2015 | $350.61 | 9471 |
| 69 | E/bit | 10/14/2015 | $321.81 | 9471 |
| 70 | E/bit | 10/14/2015 | $350.61 | 9471 |
| 71 | E/bit | 10/6/2015 | $321.81 | 9471 |
| 72 | E/bit | 10/6/2015 | $350.61 | 9471 |
| 73 | E/bit | 9/29/2015 | $321.81 | 9471 |

October 15, 2018
Page 5

| 74  | E/bit | 9/29/2015 | $350.61 | 9471 |
| 75  | E/bit | 9/22/2015 | $321.81 | 9471 |
| 76  | E/bit | 9/22/2015 | $350.61 | 9471 |
| 77  | E/bit | 9/15/2015 | $321.81 | 9471 |
| 78  | E/bit | 9/15/2015 | $350.61 | 9471 |
| 79  | E/bit | 9/9/2015  | $321.81 | 9471 |
| 80  | E/bit | 9/9/2015  | $350.61 | 9471 |
| 81  | E/bit | 9/1/2015  | $321.81 | 9471 |
| 82  | E/bit | 9/1/2015  | $350.61 | 9471 |
| 83  | E/bit | 8/25/2015 | $321.81 | 9471 |
| 84  | E/bit | 8/25/2015 | $350.61 | 9471 |
| 85  | E/bit | 8/18/2015 | $321.81 | 9471 |
| 86  | E/bit | 8/18/2015 | $350.61 | 9471 |
| 87  | E/bit | 8/11/2015 | $321.81 | 9471 |
| 88  | E/bit | 8/11/2015 | $350.61 | 9471 |
| 89  | E/bit | 8/4/2015  | $321.81 | 9471 |
| 90  | E/bit | 8/4/2015  | $350.61 | 9471 |
| 91  | E/bit | 7/28/2015 | $321.81 | 9471 |
| 92  | E/bit | 7/28/2015 | $350.61 | 9471 |
| 93  | E/bit | 7/21/2015 | $321.81 | 9471 |
| 94  | E/bit | 7/21/2015 | $350.61 | 9471 |
| 95  | E/bit | 7/14/2015 | $321.81 | 9471 |
| 96  | E/bit | 7/14/2015 | $350.61 | 9471 |
| 97  | E/bit | 7/7/2015  | $321.81 | 9471 |
| 98  | E/bit | 7/7/2015  | $350.61 | 9471 |
| 99  | E/bit | 6/30/2015 | $321.81 | 9471 |
| 100 | E/bit | 6/30/2015 | $350.61 | 9471 |
| 101 | E/bit | 6/23/2015 | $321.81 | 9471 |
| 102 | E/bit | 6/23/2015 | $350.61 | 9471 |
| 103 | E/bit | 6/16/2015 | $321.81 | 9471 |
| 104 | E/bit | 6/16/2015 | $350.61 | 9471 |
| 105 | E/bit | 6/9/2015  | $321.81 | 9471 |
| 106 | E/bit | 6/9/2015  | $350.61 | 9471 |
| 107 | E/bit | 6/2/2015  | $321.81 | 9471 |
| 108 | E/bit | 6/2/2015  | $350.61 | 9471 |
| 109 | E/bit | 5/27/2015 | $321.81 | 9471 |
| 110 | E/bit | 5/27/2015 | $350.61 | 9471 |
| 111 | E/bit | 5/19/2015 | $321.81 | 9471 |
| 112 | E/bit | 5/19/2015 | $350.61 | 9471 |
| 113 | E/bit | 5/12/2015 | $321.81 | 9471 |
| 114 | E/bit | 5/12/2015 | $350.61 | 9471 |

October 15, 2018
Page 6

| 115 | E/bit | 5/5/2015 | $321.81 | 9471 |
| 116 | E/bit | 5/5/2015 | $350.61 | 9471 |
| 117 | E/bit | 4/28/2015 | $321.81 | 9471 |
| 118 | E/bit | 4/28/2015 | $350.61 | 9471 |
| 119 | E/bit | 4/21/2015 | $321.81 | 9471 |
| 120 | E/bit | 4/21/2015 | $350.61 | 9471 |
| 121 | E/bit | 4/14/2015 | $321.81 | 9471 |
| 122 | E/bit | 4/14/2015 | $350.61 | 9471 |
| 123 | E/bit | 4/7/2015 | $321.81 | 9471 |
| 124 | E/bit | 4/7/2015 | $350.61 | 9471 |
| 125 | E/bit | 3/31/2015 | $321.81 | 9471 |
| 126 | E/bit | 3/31/2015 | $350.61 | 9471 |

**Total**      **$41,275.22**

# Exhibit "C"

# Motor Vehicle Lease Agreement - Closed End

☒ Weekly  ☐ Bi-Weekly  ☐ Monthly  ☐ Semi-Monthly

**Lessor Name and Address**
Brecke Corporation International
7611 NW 7th Ave Unit 102
Miami, FL 33150

**Lessee(s) Name(s) and Address(es)**
ARMANDO AGUILAR

6243 SW 150 PATH
Miami, FL 33193

No. 54
Date 06/03/2014

County MIAMI-DADE
☐ Refer to the attached addendum for additional Lessees and their signatures.

☐ Business, commercial or agricultural purpose lease.

**Notice.** The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by §§ 324.021(7) and 627.736, Florida Statutes.

By signing this Lease, you agree that the insurance you are required to provide under this Lease will be the Vehicle's primary insurance for liability and personal injury protection coverage and for all other purposes.

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2007 | KENWORTH | T2000 | AERO | 1XKTDB9X27J183116 | EXEMPT |

☐ New  ☒ Used  ☐ Demo    Equipped With:

| Year | Make | Model | Gross Amount of Trade-In Allowance = $ 0.00 | |
|---|---|---|---|---|
| Prior Credit or Lease Balance − $ 0.00 | | | **Net Trade-In Allowance = $ 0.00 | (If less than zero, enter zero). |

**Amount Due at Lease Signing or Delivery** (Itemized below) *
$ 12,650.00

**Payments**
a. Periodic Payments. Your first periodic payment of $ 350.61 is due on 06/24/2014 followed by 1 0 3 payments of $ 350.61.
The total of your periodic payments is: $ 36,463.44

**Other Charges** (Not part of your periodic payment)
Disposition fee (if you do not purchase the Vehicle) $ 0.00
N/A $ 0.00
N/A $ 0.00
N/A $ 0.00
N/A $ 0.00
N/A $ 0.00
Total $ 0.00

**Total of Payments** (The amount you will have paid by the end of the Lease) $ 49,113.44

**\* Itemization of Amount Due at Lease Signing or Delivery**

Amount due at Lease signing or delivery:
| | | | |
|---|---|---|---|
| Capitalized Cost Reduction | $ 11,682.24 | + $ 0.00 | |
| First Periodic Payment | + $ 0.00 | Tax on Cash Down + $ 817.76 | |
| Single Payment | + $ 0.00 | Tax on Delivery Fee + $ 0.00 | How the amount due at Lease signing or delivery will be paid: |
| Refundable Security Deposit(s) + $ 0.00 | N/A | + $ 0.00 | Net Trade-In allowance** $ 0.00 |
| Registration fees | + $ 0.00 | N/A + $ 0.00 | Rebates and non-cash credits $ 0.00 |
| Title fees | + $ 150.00 | N/A + $ 0.00 | Amount to be paid in cash + $ 12,650.00 |
| Acquisition fee | + $ 0.00 | N/A + $ 0.00 | |
| Documentation fees | + $ 0.00 | Total = $ 12,650.00 ← — > Total = $ 12,650.00 |

**Your Payment is Determined as Shown Below:**

Gross capitalized cost. The agreed upon value of the Vehicle ($ 42,500.00) and any items you pay over the Lease Term (such as service contracts, insurance, and any outstanding prior credit or lease balance). $ 43,199.00
Capitalized cost reduction. The amount of any net trade-in allowance, rebate, non-cash credit, or cash you pay that reduces the gross capitalized cost. − $ 11,682.24
Adjusted capitalized cost. The amount used in calculating your base payment. = $ 31,516.76
Residual Value. The value of the Vehicle at the end of the Lease used in calculating your base payment. − $ 8,500.00
Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal wear and tear and other items paid over the Lease Term. = $ 23,016.76

Rent charge. The amount charged in addition to the depreciation and any amortized amounts. + $ 11,060.92
Total of base payments. The depreciation and any amortized amounts plus the rent charge. = $ 34,077.68
Lease Term. The number of months in your Lease. 24
Lease payments. The number of payments in your Lease. 104
Base Payment = $ 327.67
Sales/use tax + $ 22.94
N/A + $ 0.00
Total payment = $ 350.61

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater the charge is likely to be.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and mileage in excess of 0.00 miles per year at the rate of $ 0.00 per mile. (Excess Mileage Charge)

*Federal Consumer Leasing Act Disclosures continued on next page*

Motor Vehicle Lease-FL
...
Page 1 of 6



# Motor Vehicle Lease Agreement - Closed End

☒ Weekly　　☐ Bi-Weekly　　☐ Monthly　　☐ Semi-Monthly

**Lessor Name and Address**
Brecke Corporation International
7611 NW 7th Ave Unit 102
Miami, FL 33150

**Lessee(s) Name(s) and Address(es)**
ARMANDO AGUILAR

6243 SW 150 PATH
Miami, FL 33193

No.　55
Date　06/16/2014

County
☐ Refer to the attached addendum for additional Lessees and their signatures.

☐ Business, commercial or agricultural purpose lease.

**Notice.** The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by §§ 324.021(7) and 627.736, Florida Statutes.

By signing this Lease, you agree that the insurance you are required to provide under this Lease will be the Vehicle's primary insurance for liability and personal injury protection coverage and for all other purposes.

### Description of the Leased Property (Vehicle)

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|------|------|-------|-------|-------------------------------|------------------|
| 2007 | KENWORTH | T2000 | AERO | 1XKTDB9X87J156079 | EXEMPT |

☐ New　☒ Used　☐ Demo

Equipped With:

### Trade-In Vehicle and its Allowance

| Year | Make | Model | Gross Amount of Trade-In Allowance $ 0.00 |
|------|------|-------|--------|
Prior Credit or Lease Balance - $ 0.00　　**Net Trade-In Allowance = $ 0.00　(if less than zero, enter zero).

### Federal Consumer Leasing Act Disclosures

| Amount Due at Lease Signing or Delivery (Itemized below) $ 12,150.00 | Payments a. Periodic Payments. Your first periodic payment of $ 321.81 is due on 07/08/2014 followed by 1 0 3 payments of $ 321.81. The total of your periodic payments is: $ 33,466.24 | Other Charges (Not part of your periodic payment) | | Total of Payments (The amount you will have paid by the end of the Lease) $ 45,616.24 |
|---|---|---|---|---|
| | | Disposition fee (if you do not purchase the Vehicle) | $ 0.00 | |
| | | N/A | $ 0.00 | |
| | | N/A | $ 0.00 | |
| | | N/A | $ 0.00 | |
| | | N/A | $ 0.00 | |
| | | N/A | $ 0.00 | |
| | | N/A | $ 0.00 | |
| | | Total | $ 0.00 | |

#### * Itemization of Amount Due at Lease Signing or Delivery

Amount due at Lease signing or delivery:

| | | | | |
|---|---|---|---|---|
| Capitalized Cost Reduction | $ 11,214.95 | + $ 0.00 | | |
| First Periodic Payment | + $ 0.00 | Tax on Cash Down + $ 785.05 | How the amount due at Lease signing or delivery will be paid: | |
| Single Payment | + $ 0.00 | Tax on Delivery Fee + $ 0.00 | | |
| Refundable Security Deposit(s) | + $ 0.00 | N/A + $ 0.00 | Net Trade-In allowance** | $ 0.00 |
| Registration fees | + $ 0.00 | N/A + $ 0.00 | Rebates and non-cash | |
| Title fees | + $ 150.00 | N/A + $ 0.00 | credits | + $ 0.00 |
| Acquisition fee | + $ 0.00 | N/A + $ 0.00 | Amount to be paid in cash | + $ 12,150.00 |
| Documentation fees | + $ 0.00 | Total = $ 12,150.00 <----> Total | = $ 12,150.00 |

#### * Your Payment is Determined as Shown Below:

| | | | |
|---|---|---|---|
| Gross capitalized cost. The agreed upon value of the Vehicle ($ 39,500.00 ) and any items you pay over the Lease term (such as service contracts, insurance, and any outstanding prior credit or lease balance). | $ 40,199.00 | Rent charge. The amount charged in addition to the depreciation and any amortized amounts. | + $ 10,194.99 |
| Capitalized cost reduction. The amount of any net trade-in allowance, rebate, non-cash credit, or cash you pay that reduces the gross capitalized cost. | - $ 11,214.95 | Total of base payments. The depreciation and any amortized amounts plus the rent charge. | = $ 31,279.04 |
| | | Lease Term. The number of months in your Lease. 24 | |
| Adjusted capitalized cost. The amount used in calculating your base payment. | = $ 28,984.05 | Lease payments. The number of payments in your Lease. 104 | + $ 300.76 |
| Residual Value. The value of the Vehicle at the end of the Lease used in calculating your base payment. | - $ 7,900.00 | Base Payment | = $ 300.76 |
| | | Salestax tax | + $ 21.05 |
| | | N/A | + $ 0.00 |
| Depreciation and any amortized amounts. The amount charged for the Vehicle's decline in value through normal wear and tear for other items paid over the Lease Term | = $ 21,084.05 | Total payment | = $ 321.81 |

**Early Termination.** You may have to pay a substantial charge if you end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier you end the Lease, the greater this charge is likely to be.

**Excessive Wear and Use.** You may be charged for excessive wear based on our standards for normal use and mileage in excess of 0.00 miles per year at the rate of $ 0.00 per mile. (Excess Mileage Charge)

*Federal Consumer Leasing Act Disclosures continued on next page*

